JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. YOUNG,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>THE WILLOW MOTEL, ET AL.,<br><br>　　　　　　　　Defendant(s). | Case No. CV 21-7891-CBM (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: OCTOBER 5, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　Senior United States District Judge